UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

                    v.                          Case No. 06-cr-104-01-SM

<u>Jessica Greene</u>


O R D E R


        Defendant's assented-to motion to continue the trial (document no. 7) is granted. Trial has been rescheduled for the October 2006 trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than July  24, 2006.  On the filing of such waiver, her continuance shall be effective.

        The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:    September 25, 2006 at 4:30 PM

Jury Selection:               October 3, 2006 at 9:30 AM

SO ORDERED.

July 18, 2006                  _____
                              Steven J. McAuliffe
                              Chief  Judge

cc:   Mark Irish, AUSA
      Jonathan Saxe, Esq.
      U. S. Probation
      U. S. Marshal

2